JS-6

# UNITED STATES DISTRICT COURT OF CALIFORNIA
# CENTRAL DISTRICT – WESTERN DIVISION

| | |
|---|---|
| REINALDO A. RECINOS AND HILDA M. RECINOS<br><br>Plaintiffs,<br><br>OCWEN LOAN SERVICING, LLC (DOES 1 – 20) | Case No.: 2:11-cv-02871-R -RZ<br>Hon.: Manuel L. Real<br><br>**ORDER GRANTING OCWEN LOAN SERVICING, LLC'S MOTION TO DISMISS WITH PREJUDICE AND JUDGMENT OF DISMISSAL**<br><br>Date: June 20, 2011<br>Time: 10:00 a.m.<br>Ctrm.: 8 |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Ocwen Loan Servicing, LLC's ("Ocwen") motion to dismiss to Plaintiffs Reinaldo A. Recinos and Hilda M. Recinos' Complaint came on regularly for hearing on June 20, 2011, at 10:00 a.m., in Courtroom 8 of the above-entitled Court located at 312 N. Spring Street, Los Angeles, California 90012. All appearances were made as noted on the record.

/ / /

The Court having considered the moving papers, its own files, and good cause appearing, rules as follows:

Ocwen's motion to dismiss Plaintiffs' first and second causes of action for negligence and breach of fiduciary duty is GRANTED. There is no duty between a loan servicer and a borrower in general, and Plaintiffs' allegations that Ocwen is obligated to modify Plaintiffs' loan is erroneous and contrary to existing case law.

Ocwen's motion to dismiss Plaintiffs' third cause of action for violation of Business and Professions Code Section 17200 is GRANTED. Plaintiffs fail to allege any specificity in their cause of action against Ocwen, and only allege general acts which do not meet the heightened pleading requirements for pleading a cause of action.

Finally, this Court does not consider Plaintiffs' quiet tile claims. Plaintiffs fail to allege any causes of action that would affect title to the Property in question, and the sole defendant in this case, Ocwen, has no interest in the Property. Therefore, Plaintiffs fail to state an adverse claim by a defendant.

**IT IS HEREBY ORDERED THAT** the Motion to Dismiss by Ocwen is hereby GRANTED in its entirety.

**IT IS FURTHER ORDERED** that Plaintiffs' complaint is dismissed in its entirety with prejudice.

**IT** IS **SO ORDERED.**

Dated: June 24, 2011

_____
Hon: Manuel L. Real

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**
1